IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JONATHAN A. AZAR, | ) |
| *Plaintiff,* | ) ) ) |
| v. | )  CIVIL ACTION FILE ) NO. |
| CITY OF CHAMBLEE, GEORGIA | ) ) |
| *Defendant.* | ) ) |

## NOTICE OF REMOVAL

**TO: The Judges of the United States District Court for the Northern District of Georgia.**

Defendant City of Chamblee, Georgia ("Defendant" or the "City") files this Notice of Removal pursuant to 28 U.S.C. § 1441(c). In support of this Notice, Defendant states as follows:

1. Defendant is named in a civil action commenced in the Superior Court of DeKalb County, Georgia, captioned as <u>Johnathan A. Azar v. City of Chamblee, GA</u>, Civil Action No. 21CV6134. Pursuant to 28 U.S.C. § 1446(a), true and correct copies of the Complaint, Summons on the City, and Affidavit of Service are attached collectively as Exhibit A to this Notice and constitute all process, pleadings, and orders received by Defendant in this action. Defendant reserves all defenses relating

to process and/or service of process.

2. Defendant was served with the Complaint in this action on October 12, 2021. As such, this Notice of Removal is filed and served within thirty (30) days after the receipt by Defendant of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based, and the time for filing this Notice of Removal pursuant to 28 U.S.C. § 1446(b) has not expired.

3. Inasmuch as Plaintiff commenced this action in the Superior Court of DeKalb County, Georgia, which lies within the Atlanta Division of the United States District Court for the Northern District of Georgia, this Court is "the district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

4. The district courts have original jurisdiction over all civil actions arising under the Constitution, laws, or treaties of the United States. See 28 U.S.C. § 1331. In the Complaint, Plaintiff asserts claims pursuant to Title VII of the Civil Rights Act, 42 U.S.C. § 1981, and 42 U.S.C. § 1983. Thus, Plaintiff has clearly alleged a cause of action which depends on the resolution of a federal question of which this Court has original jurisdiction. As such, removal of this action to this Court is proper pursuant to 28 U.S.C. § 1441.

5. Plaintiff's Complaint does not include any state law claims.

6. The City is the sole defendant in this action and therefore no other defendant needs to consent to this removal.

7. Contemporaneous with the filing of this Notice of Removal, written notice has been served upon Plaintiff, and a copy of the Notice of Removal has been filed with the Clerk of Court for the Superior Court of DeKalb County, Georgia, as provided under 28 U.S.C. § 1446(d).

**WHEREFORE**, Defendant hereby removes the above-styled civil action to this Court's jurisdiction.

Respectfully submitted this 10th day of November, 2021.

*s/ Megan L. Quinn*
Patrick L. Lail
Georgia Bar No. 431101
Megan L. Quinn
Georgia Bar No. 625272

ELARBEE, THOMPSON, SAPP & WILSON, LLP
800 International Tower
229 Peachtree Street, N.E.
Atlanta, Georgia  30303
(404) 659-6700
(404) 222-9718 (facsimile)
lail@elarbeethompson.com
quinn@elarbeethompson.com

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JONATHAN A. AZAR, | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| v. | )  CIVIL ACTION FILE |
| | )  NO. |
| CITY OF CHAMBLEE, GEORGIA | ) |
| | ) |
| *Defendant.* | ) |
| | ) |

**CERTIFICATE OF COMPLIANCE**

The undersigned hereby certifies that this document complies with the font and point selection approved by the Court in Local Rule 5.1. This document has been prepared in Times New Roman font, 14 point.

Respectfully submitted this 10th day of November, 2021.

                                                    *s/ Megan L. Quinn*
                                                  Megan L. Quinn
                                                  Georgia Bar No. 625272

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JONATHAN A. AZAR, | ) |
| *Plaintiff,* | ) ) ) |
| v. | ) ) CIVIL ACTION FILE |
| CITY OF CHAMBLEE, GEORGIA | ) NO. ) |
| *Defendant.* | ) ) ) |

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2021, I served a copy of **DEFENDANT'S NOTICE OF REMOVAL** via U.S. Mail and the Clerk of Court using the CM/ECF system to the following attorney of record:

Jeanne Bynum Hipes
Hipes Law LLC
2475 Northwinds Parkway, Suite 200
Alpharetta, GA 30009
(678) 867-7006
counsel@hipeslaw.com

*s/ Megan L. Quinn*
Megan L. Quinn
Georgia Bar No. 625272

ELARBEE, THOMPSON, SAPP & WILSON, LLP
800 International Tower
229 Peachtree Street, N.E.
Atlanta, Georgia  30303
(404) 659-6700
(404) 222-9718 (facsimile)
quinn@elarbeethompson.com

*Attorney for Defendant*