**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| JOHNATHAN A. AZAR,<br>    Plaintiff(s),<br><br>vs.<br><br>CITY OF CHAMBLEE, GA,<br>    Defendant(s). | CIVIL ACTION FILE<br><br>NO. 1:21-cv-04655-SDG |

## J U D G M E N T

This action having come before the court, Honorable Steven D. Grimberg, United States District Judge, for consideration of Defendant's MOTION for Summary Judgment, and the court having Granted said motion, it is

**Ordered and Adjudged** that the plaintiff take nothing; that the defendant recover its costs of this action, and the action be, and the same hereby is, **dismissed**.

Dated at Atlanta, Georgia, this 3rd day of April, 2023.

                 KEVIN P. WEIMER
                 CLERK OF COURT

              By:  s/ N. Bowen
                 Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
April 3, 2023
Kevin P. Weimer
Clerk of Court

By: s/ N. Bowen
   Deputy Clerk